UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD HIGGINS,

    Plaintiff,

v.

SPX CORPORATION,

    Defendant
_____/

Case No. 1:05-cv-127

Hon. Richard Alan Enslen

**ORDER**

    SPX Corporation having filed with this Court for leave to file a surreply to Motion for Advancement of Expenses and the Court having reviewed same,

    **IT IS HEREBY ORDERED** that the SPX Corporation's Motion for Leave to File a Surreply Instanter in Opposition to Higgin's Motion for Advancement of Expenses (Dkt. #43) be and the same is hereby **GRANTED**.

Dated in Kalamazoo, MI:
April 26, 2006

    /s/Richard Alan Enslen
Richard Alan Enslen
Senior United States District Judge